# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **MELVIN EARL WILLIAMS, JR.,** § § § **Plaintiff,** § § v. § § **THE CITY OF DENTON, TEXAS, APRIL** § **DAWN MCDONOUGH, KEITH D.** § **MARTIN, and DENTON COUNTY, TEXAS,** § § **Defendants.** § | Civil Action No.: 4:17-cv-00811-ALM-KPJ |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 8, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #89) that Defendant April Dawn McDonough's Amended Motion to Dismiss Under Rule 12, and for Other Relief (Dkt. #84) be denied and that Defendant Malcolm McGuire's First Motion to Dismiss Under Rule 12, and for Other Relief (Dkt. #85) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Defendant April Dawn McDonough's Amended Motion to Dismiss Under Rule 12, and for Other Relief (Dkt. #84) is hereby **DENIED**.

Further, Defendant Malcolm McGuire's First Motion to Dismiss Under Rule 12, and for Other Relief (Dkt. #85) is hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 28th day of January, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE